UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUDEAN NIELSEN                                              JURY TRIAL DEMANDED

v.                                                                      CASE NO.  3:06CV

FEDERAL CREDIT RECOVERY, INC.
ALEX KOWTUN

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Each Defendant is not licensed to practice law in Connecticut and was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff or others in an effort to collect the plaintiff's purported Chase Manhattan account.

7. The individual defendant, using various names, called plaintiff's son and told him plaintiff would be arrested on two federal felony warrants for the crime of not paying a Chase Manhattan credit card.

8. Defendant also called plaintiff's daughter-in-law's grandmother.

9. Defendant faxed plaintiff's son a letter addressed to plaintiff offering to settle the account if plaintiff's son paid $1,500 on the same date.

10. Plaintiff's son paid, but collection efforts continued.

FIRST COUNT

11.  In the collection efforts, each defendant violated the FDCPA, *inter alia*, § 1692c, -d,-e, -f, or -g.

SECOND COUNT

12. Within three years prior to the date of this action, each Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

13. Each Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against each defendant;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net