UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUDEAN NIELSEN

v.                              CASE NO.  3:06CV 826 (PCD)

FEDERAL CREDIT RECOVERY, INC.          August 25, 2006
ALEX KOWTUN

NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


This is to certify that a copy of the foregoing was mailed on August 25, 2006, postage prepaid, to:

Alex Kowtun
Federal Credit Recovery, Inc.
PO Box 691
Hamburg NY 14075

_____/s/ Joanne S. Faulkner ____
Joanne S. Faulkner Esq.